RECEIVED
FEB 05 2024
CLERK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 FEB -5 AM 11: 46
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

## FRANK EDWARD KREEGER III

v.

## SARPY COUNTY SHERIFFS; DOUGLAS COUNTY JAIL

8:24CV43

## I. Jurisdiction & VENUE

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under cover of state law, of rights secured by the Constitution of the United States. The courts have jurisdiction under 28 U.S.C. Section 1331 and 1343. Plaintiff seeks decletory relief persuant to 28 U.S.C. Section 2201 & 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C Section 2283 & 2284 and rule 65 of the Federal Rules of Civil Procedure.

2. The Sarpy County/Douglas County is an appropriate venue under 28 U.S.C. Section 1391 because it is where the events giving rise to this claim occured.

## II

3. Plaintiff [FRANK EDWARD KREEGER III] is and was at all times mentioned herein in the custody and alleged well-being of the State of Nebraska (Sarpy Co. Sheriffs) (Douglas County Jail)

1

III ~~IV~~

4) Douglas Co. Jail + Sarpy County Sheriffs of the state of NEBRASKA. is legally responsible for the overall safety and security of said plantiff [FRANK KREEGER III] while in their custody

5. Defendant Sarpy Co. Sheriffs who arrested me June 22, 2022 at 8514 S. 100th street LaVista, NE 68128, where on-duty sheriffs held the ranks of Sheriffs. Defendant [Douglas Co. Jail (bottom floor intake) is legally responsible for the well-being of person's in custody at all times.

6. Each defendant [Sarpy County; Douglas County] is sued Individually and in his/her official capacity. At all times mentioned in this complaint, each defendant acted wrongfully under state law.

7. On or around the week of June 22nd, 2022, I, FRANK KREEGER III was arrested at 8514 S.100th st. LaVista NE on an alleged psych warrant and transferred to what I believe to of been Douglas County Jail (bottom floor intake). While present I was changed out into medical pants & shirt. After a certain amount of time more then 5 Sarpy County officers + a nurse came into the room, rushed me and put my hands in cuffs behind my back (to unwillingly inject me with

2

7. a syringe full of an unknown substance that I believe to be Risperdal. During this inhumane and cruel punishment I was put into a PTSD moment screaming to not rape me. After they administered said substance into my left buttocks they uncuffed me, pulled up my pants and rolled me over and left. I had went into a deep sleep (was arrested at around 10 cm ≈ 12 pm) but wasn't awake until late night or early a.m on the 23rd of June (from a medical ambulance women, stating she was there to transfer me (I'm currently being sued for that ambulance ride also). Upon that ride I was taken and booked into the Douglas County Mental Facility where I was there for 2 weeks. I'd like it to be known that I have Schizophrenia, Paranoid, bi-polar, ADHD. I met my doctor/psychiatrist from that visit [Dr. Kablesh]

8. Unfortunately I'm unable to give names of said sheriffs but I have faith the video evidence combined with a search of on-duty sheriffs who answered to call of the psychological warrant and at said facility will cooberate my story. It is upon information and belief all this statement is 100% true and accurate

9. Exhibit[A] is a case example against [Douglas County Sheriffs]

## IV LEGAL CLAIMS

The [administring without permission an unknown substance, the utter violation of my 1st & 8th amendment rights

3

, deliberate indifferences to my mental illnesses needs, unsafe treatment while in their custody violated plantiff [FRANK KREEGERS III] rights and constituted [1st, 8th] (cruel & unusual punishment)

10. The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declatory and ~~injustice~~ injunctive relief which plaintiff seeks

## V. PRAYER FOR RELIEF

WHEREFORE, plantiff prays that this court enter judgement granting plantiff

11. A declaration that the acts and omissions described herein violated plantiffs right under the Constitution and laws of the United States.

12. A pre-liminary and permanent injunction ordering defendants [Douglas County Jail; Sarpy County Sheriffs] to [~~#~~ stop violating plantiff & future arrestees Constitute Rights]

13. Compensation damages in the amount of $20 million ~~$X million~~ against each defendant, jointly and seperately

4

14. Punitive damages in the amount of $10 million against each defendant. $10 million against Sarpy County. $10 million against Douglas County Jail).

15. A jury trial in all issues triable by Jury.
16. Plaintiffs cost in this suit
17. Any additional relief the court deems just, proper, and equitable
1-28-24

Respectfully submitted

FRANK KREEGER III
c/o Sarpy County Jail
1206 Golden Gate Drive
Papillion NE 68046

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to matter alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct
Executed at Omaha, Nebraska on 1-28-24

Frank Edward Kreeger III

Frank Edward Kreeger III

Exibit A

GARY LAMONT ABRAHAM

V

DOUGLAS COUNTY SHERIFFS DEPT.
Dated: October 14, 2011

1) Summon of Complain
Plaintiff filed his complaint against one defendant, the Douglas County Nebraska Sheriffs Dept. (Filing No. 1 at CM/ECF

I Plantiff was awarded compensation in the amount of $20 million dollars

Sarpy County Correctional Facility
Frank Kreeger III   #201330
1206 Golden Gate Drive
Papillion, NE 68046

SARPY COUNTY DEPARTMENT OF CORRECTIONS
OUTGOING MAIL

OMAHA NE 680
1 FEB 2024 PM 3 L

RECEIVED
FEB 05 2024
CLERK
U.S. DISTRICT COURT

FOREVER / USA

Office of the Clerk
United States District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th plaza Suite 1152
Omaha, NE 68102-1322

68102-132277