IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK EDWARD KREEGER III,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SARPY COUNTY SHERIFFS, and DOUGLAS COUNTY JAIL,<br><br>　　　　Defendants. | 8:24CV43<br><br>**MEMORANDUM AND ORDER** |

On August 15, 2024, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 15. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. The Court will enter judgment by a separate document.

3. Plaintiff's pending motions to appoint counsel, Filing No. 3, to amend his amended complaint, Filing No. 9, and to dismiss a party, Filing No. 14, are denied as moot.

Dated this 20th day of September, 2024.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*Joseph F. Bataillon*

　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　Senior United States District Judge